## PELAGIA KITMIRIDES ET AL. *v.* MIDDLESEX MUTUAL ASSURANCE COMPANY

The plaintiffs' petition for certification for appeal from the Appellate Court, 65 Conn. App. 729 (AC 21113), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the named plaintiff, listed as a driver of a covered vehicle on the declaration page of the automobile policy issued by the defendant, but not listed as a named insured, was not entitled to underinsured motorist coverage under the policy?"

KATZ, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16615.

*Brenden P. Leydon*, in support of the petition.

*John W. Mills*, in opposition.

Decided November 7, 2001

## JOSEPH R. KREVIS ET AL. *v.* CITY OF BRIDGEPORT

The defendant's petition for certification for appeal from the Appellate Court, 64 Conn. App. 176 (AC 19438), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that it was procedurally improper for the trial court to have rendered summary judgment?"

The Supreme Court docket number is SC 16624.

*John R. Mitola*, associate city attorney, in support of the petition.

Decided November 14, 2001